UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HUGO CHAVARRIA, a male individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a National Bank Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Delaware Corporation; THE BANK OF NEW YORK MELLON, f/k/a The Bank of New York Mellon, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II inc Bear Sterns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2004-6, a unknown common law trust; AMERICAS SERVICING COMPANY; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; METROCITIES MORTGAGE, LLC a Delaware limited liability company; FIDELITY NATIONAL LOAN PORTFOLIO SOLUTIONS as trustee, a California | Case No. 2:13-cv-5568 DSF (MANx)<br>Hon. Dale S. Fischer<br>Crtrm. 840 – Roybal<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL** |

Corporation; and any known or unknown persons claiming any right or interest to the subject property of plaintiffs, and Does 1 through 10 inclusive,

          Defendants.

On October 2, 2013, the Court issued an order (the "Court Order," see ECF No. 11) granting the Motion to Dismiss filed by Defendants Wells Fargo Bank, N.A. (sued individually and erroneously as America's Servicing Company); Mortgage Electronic Registration Systems, Inc.; The Bank of New York Mellon, fka The Bank of New York as Successor in Interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2004-6, Mortgage Pass-Through Certificates, Series 2004-6 (erroneously sued as "The Bank Of New York Mellon, f/k/a The Bank of New York Mellon, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II inc Bear Sterns Alt-A Trust, Mortgage Pass-Through Certificates, Series 2004-6) (collectively "Defendants").

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants shall have a judgment of dismissal entered in their favor and against Plaintiff. Plaintiff's entire action is dismissed with prejudice as to Defendants. Plaintiff shall take nothing against Defendants.

DATED: 10/11/13

*Dale S. Fischer*
DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On October 3, 2013, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in this action as follows:

Hugo Chavarria                              Plaintiff in pro per
1555 Bengal Court
Palmdale CA 93551

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 3, 2013, at Irvine, California.

*/s/ Stephanie A. Crisp*