Richard M. Hoefflin, Esq., (State Bar No. 061519)
rmhoefflin@hoefflinlaw.com
Jason M. Burrows, Esq., (State Bar No. 190159)
jburrows@hoefflinlaw.com
HOEFFLIN · BURROWS, A Law Corporation
2659 Townsgate Road, Suite 232
Westlake Village, CA 91361-2756
Tel: (805) 497-8605; Fax: (805) 497-8625

Attorneys for Defendant,
PROSPECT MORTGAGE, LLC
f/k/a METROCITIES MORTGAGE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUGO CHAVARRIA, a male individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A., a National Bank Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II inc. Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2004-6, a unknown common law trust; AMERICAS SERVICING COMPANY; NORTHWEST TRUSTEE SERVICES, INC., a Washington Corporation; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES; METROCITIES MORTGAGE, LLC a Delaware limited liability company; FIDELITY NATIONAL LOAN PORTFOLIO SOLUTIONS as trustee, a California Corporation;  And any known or unknown persons claiming any right or interest to the subject property of plaintiffs, And Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-05568-DSF MANx)<br>Hon. Dale S. Fischer<br>Ctrm. 840 - Roybal<br><br>[PROPOSED] JUDGMENT OF DISMISSAL<br><br><br><br><br><br><br><br><br><br><br><br>Action Filed: 8/1/13 |

On October 11, 2013, the Court issued an order (the "Court Order," see ECF No. 14) granting the Motion to Dismiss filed by Defendant Prospect Mortgage, LLC f/k/a Metrocities Mortgage, LLC ("Prospect").

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED, ADJUGED, AND DECREED that Prospect shall have a judgment of dismissal entered in its favor and against Plaintiff. Plaintiff's entire action is dismissed with prejudice as to Defendant. Plaintiff shall take nothing against Prospect.

Dated: 10/24/13  _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT
COURT JUDGE

126495

[PROPOSED] JUDGMENT OF DISMISSAL

2

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Ventura, State of California. My business address is Hoefflin· Burrows, A Law Corporation, 2659 Townsgate Road, Suite 232, Westlake Village, California 91361.

On October 18, 2013, I served true copies of the following document(s):

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in this action as follows:
Updated: 9/12/13

Hugo Chavarria                                    Plaintiff In Pro Per
1555 Bengal Court
Palmdale, CA 93551
Tel: (661) 309-0907

[ X ] **BY UNITED STATES MAIL** - I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses above and (*specify one*):

[ ] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

[ X ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On that same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Westlake Village, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] **BY CM/ECF NOTICE OF ELECTRONIC FILNG** - I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[ ] **BY OVERNIGHT DELIVERY** - I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **BY FACSIMILE TRANSMISSION** - Based on an agreement of the parties to accept service by facsimile transmission, I faxed the documents to the persons at the facsimile numbers listed above. No error was reported by the facsimile machine that I used. A copy of the record of the facsimile transmission, which I printed out, is attached.

[   ] **BY ELECTRONIC SERVICE** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 18, 2013 at Westlake Village, California.

/s/ *Julie Dassinger*
JULIE DASSINGER

**Hoefflin • Burrows, A Law Corporation**
2659 Townsgate Road, Suite 232
Westlake Village, California  91361
805-497-8605

[PROPOSED] JUDGMENT OF DISMISSAL

4