JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO CHAVARRIA, | Case No. CV 13-5568 DSF (MANx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| WELLS FARGO BANK, N.A., et al. | |
| Defendants. | |

The Court having previously entered judgment in favor of all defendants who have appeared in this action, and Plaintiff having failed to serve the remaining defendants within the time required by the Federal Rules of Civil Procedure, this action is now dismissed without prejudice as to all remaining defendants.

DATED: December 10, 2013

DALE S. FISCHER
United States District Judge